DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
ALEXANDRA K. LAFOUNTAIN (Bar No. 301003)
alafountain@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:     916.444.2100

Attorneys for Defendant
TEICHERT PIPELINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR OLEA, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEICHERT PIPELINES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01675-RGK-PD<br><br>**REQUEST FOR ENTRY OF JUDGMENT**<br><br>Date:    May 19, 2021<br>Judge:  Hon. R. Gary Klausner |

    Defendant Teichert Pipelines, Inc. requests a separate entry of judgment pursuant to this Court's May 07, 2021 Order [Dkt. 26], Federal Rule of Civil Procedure 58(d), and Local Rule 58-6. A Proposed Judgment is Attached hereto as **Exhibit A**.

DATED: May 20, 2021    DOWNEY BRAND LLP

              By: */s/ Cassandra M. Ferrannini*
                 CASSANDRA M. FERRANNINI
                 Attorneys for Defendant
                 TEICHERT PIPELINES, INC.

# EXHIBIT A

# EXHIBIT A

DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
ALEXANDRA K. LAFOUNTAIN (Bar No. 301003)
alafountain@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant
TEICHERT PIPELINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR OLEA, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEICHERT PIPELINES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01675-RGK-PD<br><br>**[PROPOSED] JUDGMENT GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Date:     May 19, 2021<br>Judge:   Hon. R. Gary Klausner |

Judgment is entered in favor of Defendant TEICHERT PIPELINES, INC. ("Teichert") on its Motion to Dismiss Plaintiff ELIAZAR OLEA's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that it fails to state a claim upon which relief can be granted. The Court, having fully considered the briefs and all other documents and arguments in support of and in opposition to the Motion, hereby finds and orders as follows:

   A.   Teichert's Request for Judicial Notice accompanying the Motion is GRANTED in its entirety.

   B.   The Complaint fails to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. All claims therein fail as a matter of law based on the terms of the parties' judicially noticeable collective bargaining agreements.

1726774v1

1        C.     Plaintiff's failure to grieve any of his alleged claims against Teichert pursuant to the parties' collective bargaining agreements bars Plaintiff from obtaining leave to amend the Complaint.

       E.     Teichert's Motion to Dismiss is GRANTED, and the Complaint is hereby dismissed in its entirety WITH PREJUDICE.

       D.     Plaintiff's motion to remand is DENIED as moot.

       F.     The Clerk shall enter this Judgment as a separate document pursuant to Rule 58 of the Federal Rules of Civil Procedure and Local Rule 58-6.

DATED:                         _____
                                         U.S. DISTRICT COURT JUDGE